UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Orange Rabbit, Inc.,

    Plaintiff,

v.

Franchoice, Inc. et al,

    Defendant.

Case No. 19-cv-687 MJD/ECW

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 26, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Pursuant to Rules 12(b)(6) and 9(b) (Dkt. No. 7) is **DENIED AS MOOT**.

DATED: May 21, 2019

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court