# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

THE ORANGE RABBIT, INC. and
NICHOLAS GIACOPELLI,

      Plaintiffs,

v.

      **ORDER**
      Civil File No. 19-687 (MJD/ECW)

FRANCHOICE, INC. and
RAY FANNING,

      Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 55].

2. Defendants' Partial Motion to Dismiss Pursuant to Rule 12(b)(6) [Docket No. 18] is **DENIED**.

Dated:  January 16, 2020        s/ Michael J. Davis
                                    Michael J. Davis
                                    United States District Court